**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMERICO LOPES-DA SILVA | Criminal No. 1:25-cr-00080-JAW |

**PROSECUTION VERSION**

On April 7, 2024, at approximately 08:00 AM, U.S. Border Patrol Agent Jonathan Lemay was conducting traffic checks on Route 4 south of Rangeley, Maine. Agent LeMay noticed a white 2003 Chevrolet express van with a Massachusetts commercial plate (X19262) traveling north towards Rangeley with two visible passengers. Agent LeMay knew that work vans coming from Massachusetts have been known to bring undocumented alien workers to Maine and the Rangeley area before, so he decided to investigate further. Agent LeMay observed that the vehicle had a Massachusetts commercial plate X19262. Agent LeMay ran the registration and other checks and learned that the registered owner of the vehicle was Brazilian person who had entered the United States on a visa in 2018 and had overstayed.

Agent LeMay conducted a vehicle stop on the van in his marked patrol vehicle. The van yielded and Agent LeMay approached the van on the driver's side and introduced himself to the driver and passenger as a U.S. Border Patrol Agent. Agent LeMay asked the driver what country he was a citizen of.  The driver replied that he was a citizen of Brazil. Agent LeMay asked the driver if he had any documents that would allow him to live work or remain in the United States legally. The driver replied that he did not and admitted that he was in the United States illegally.

Agent LeMay then asked the passenger, Americo LOPES-Da Silva his country of citizenship to which he replied Brazil. Agent LeMay asked LOPES if he had any documents that would allow him to live, work, or remain in the United States legally. LOPES replied that he did not. Agent LeMay then placed both men under detention and transported them to the Rangeley Border for further processing.

During processing, Agent LeMay learned that LOPES had been previously removed from the country. There was no record in any immigration database showing that LOPES had any legal status in the United States or any claim to citizenship in the United States, or that he had obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States. Agent LeMay reviewed records maintained by the Department of Homeland Security that revealed LOPES was apprehended by the U.S. Border Patrol for crossing the US/Mexico international boundary illegally on May 30, 2021 near Rio Grande City, Texas. Those records revealed that LOPES was processed as an Expedited Removal with Credible Fear. Those records also revealed that LOPES received a final order of removal on July 14, 2021 and was removed to Brazil on September 9, 2021 through Alexandria, Louisiana. Agent LeMay reviewed the prior order of removal for LOPES and confirmed it is the same person that he apprehended in Rangeley, Maine on April 7, 2025

If this case had proceeded to trial, the government would have presented the testimony of the Border Patrol Agent who pulled over the van in which the defendant was a passenger.  In addition, the government would have presented immigration records indicating that the defendant had previously been removed from the United States and had no legal status in the United States on the day he was apprehended.

Date:  May 16, 2025                                    Respectfully submitted,

                                                         CRAIG M. WOLFF
                                                         Acting United States Attorney

                                                        BY: ***/s/ Joel B. Casey***
                                                        Joel B. Casey
                                                        Assistant United States Attorney
                                                        United States Attorney's Office
                                                        202 Harlow Street, Room 111
                                                        Bangor, ME  04401
                                                        (207) 945-0373
                                                        Joel.casey@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Don Brown, Esq.
Counsel for the Defendant

CRAIG M. WOLFF
Acting United States Attorney

BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov